RIGGIO, MORDAUNT & KELLY
Michael R. Mordaunt
2509 West March Lane, Suite 200
Stockton, CA 95207
(209) 473-8732

FAEGRE & BENSON LLP
Michael A. Ponto, *pro hac vice*
Scott H. Ikeda, *pro hac vice*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY FAIR FASHION MALL, LLC., | Civil No.: 2:07-CV-00891-MCE-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER** |
| TARGET CORPORATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff COUNTY FAIR FASHION MALL, LLC, and defendant TARGET CORPORATION stipulate through their counsel of record to extend the discovery deadline pertaining to depositions, with the exception of any expert depositions, for two (2) months from the current deadline of February 11, 2008.  Hence, the parties agree to a new deadline of April 11, 2008 to complete all depositions, with the exception of any expert depositions.

///

1

STIPULATION AND PROPOSED ORDER

The deadline of April 11, 2008 will only extend the discovery deadline as it pertains to the taking of fact depositions.

Dated:  January ____, 2008

**FAEGRE & BENSON LLP**

Michael A. Ponto, *pro hac vice*
Scott H. Ikeda, *pro hac vice*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax:    (612) 766-1600

**RIGGIO, MORDAUNT & KELLY**

By _____/s/_____
Michael R. Mordaunt
2509 West March Lane, Suite 200
Stockton, CA 95207
Phone:(209) 473-8732
Fax:    (209) 957-9165

**Attorneys for Defendant Target Corporation**

Dated:  January ____, 2008

By _____/s/_____
David M. Browne
23901 Calabasas Road
Suite 1064
Calabasas, CA 91302
Phone: (310) 200-0568
Fax:    (818) 225-1064
dmbeaster@aol.com

**Attorney for Plaintiff
County Fair Fashion Mall, LLC**

2

STIPULATION AND PROPOSED ORDER

1 **ORDER FOR EXTENSION OF DEADLINE TO COMPLETE DEPOSITIONS**

All parties in this matter, by and through their respective counsel of record have stipulated to extend the deadline to complete depositions, with the exception of any expert depositions, until April 11, 2008. The deadline of April 11, 2008 will only extend the discovery deadline as it pertains to the taking of fact depositions.

IT IS SO ORDERED.

DATED: February 5, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND PROPOSED ORDER