David M Browne, SBN 93576
23901 Calabasas Road
Suite 1064
Calabsas, CA 91302
(818) 591-3800
(310) 200-0568
(818) 225-1064 facsimile
dmbeaster@aol.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY FAIR FASHION MALL, LLC., Plaintiff, v. TARGET CORPORATION, Defendant. | No.: 2:07-CV-00891-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Plaintiff County Fair Fashion Mall, LLC and Defendant Target Corporation, by and through undersigned counsel of record, hereby stipulate to dismissal of the entire action above-captioned Action, including all claims that were or could have been asserted therein, on the merits, with prejudice, and without costs to either party.

Dated: April 25, 2008

/s/
David M. Browne
Attorney for plaintiff

Dated: April 28, 2008

/s/
Michael A. Ponto
Attorney for defendant



PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the above Stipulation of the parties, the entire action, including all claims that were or could have been asserted therein, is hereby dismissed with prejudice, on the merits, and without costs to either party.

DATED: May 7, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com